UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

ORDER
v.                                                               12-CR-210A

OSBORNE YOUNG,

Defendant.

The above-referenced case was referred to Magistrate Judge Jeremiah J.
McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On September 12, 2012 defendant
filed a motion to suppress evidence.  On January 16, 2013, Magistrate Judge McCarthy
filed a Report and Recommendation, recommending that defendant's motion to
suppress be denied.

The Court has carefully reviewed the Report and Recommendation, the
record in this case, and the pleadings and materials submitted by the parties, and no
objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons
set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's
motion to suppress is denied.

SO ORDERED.

_s/ Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: March 8, 2013